AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Eastern District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
| Jason Campbell | ) Case No. 7:24-MJ-04-EBA |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 7, 2022 - January 22, 2024__ in the county of __Johnson__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |
| 18 U.S.C. 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_Kimberly Kidd by EBA with permission_
Complainant's signature

FBI SA KIMBERLY KIDD
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/5/2024

City and state: Ashland, Ky

Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge

U.S. Magistrate Judge Edward B. Atkins
Printed name and title